United States District Court
Southern District of Texas
**ENTERED**
December 29, 2020
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING </u>
DATE: <u>December 29 2020                       </u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO  4:19cv4443

Fidelis J. Badaiki,

       Plaintiff
vs.

Cameron International Corporation,

       Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DOCKET ENTRY

SSS: <u>Minute Entry Order:</u>

<u>On December 16, 2020, Plaintiff filed an amended motion for leave to file sur-reply to Defendants' pending summary judgment motion (Dkt. No. 52). Defendants oppose the request (Dkt. No. 53). Given Plaintiff's pro se status, the Court grants the motion. The Court will not accept any additional filings from either party relating to Defendants' motion for summary judgment, absent extenuating circumstances. Plaintiff's previously-filed motion for leave to file sur-reply (Dkt. No. 49) is denied as moot.</u>

    SIGNED in Houston, Texas, this <u>29</u>[th]  day of December , 2020

_____
Sam Sheldon
United States Magistrate Judge