IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Fidelis J. Badaiki, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.: 4:19-cv-00371 |
| | § | |
| Cameron International Corporation, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## <u>DECLARATION OF JAMES H. NYE</u>

I, James H. Nye, hereby declare as follows:

1. My name is James H. Nye. I am over the age of 21 and fully competent to make this declaration. I have personal knowledge of all the facts in this declaration and they are all true and correct.

2. I am a partner with the law firm of Winston & Strawn LLP. I and my firm acted as counsel for Defendant Cameron International Corporation ("Cameron") in the above styled litigation and I am the attorney-in-charge. As attorney-in-charge, I am responsible for reviewing and approving the bills and invoices in this case and as such, have knowledge of the facts contained therein. I also have personal knowledge of all other facts in this declaration.

3. Through my practice and experience, I am familiar with the normal and customary fees charged for legal services in complex civil litigation in the Houston metropolitan area considering the time expended, the amount in controversy, the complexity of the case, the experience, reputation, ability and billing rates of the attorneys and staff involved, the expertise involved, and other criteria upon which fees are based according to the State Bar

1

of Texas rules and Texas Code of Professional Responsibility. I have been and continue to stay apprised of the market rates for attorneys practicing in complex litigation such as this. I am also aware of various court opinions issued by the Texas Supreme Court, U.S. Court of Appeals for the Fifth Circuit, and district courts within the Fifth Circuit, governing the award of fees. I have previously served in cases as an attorneys' fees expert, and I am knowledgeable of the fees and work required to defend an action such as this.

4.  I have reviewed the parties' respective pleadings and orders from the Court. Based on my experience as a civil litigator, I am aware of the preparation and work necessary to investigate and to pursue litigation such as this one. I have reviewed all billing invoices in this matter.

5.  As a result of my practice and experience as counsel in complex civil litigation, I have reviewed substantial numbers of billing invoices and times entries in matters like this. My experience and the additional facts set forth below inform my opinion in this case.

### A. Lodestar Overview

6.  As an overview to my more detailed opinions below, the hours expended by counsel for Cameron to prevail in this matter and the rates charged are both, at a minimum, reasonable and necessary, which represents a presumptively reasonable lodestar amount of $252,609.50. Next, an upward adjustment would be appropriate—although Cameron is not requesting this upward adjustment.

7.  Moreover, in an additional effort to conservatively estimate the reasonable number of hours spent on this matter and demonstrate an additional level of billing judgment, Cameron's lodestar amount above reflects a voluntarily deduction from its hour total of all time spent and billed by practice attorneys, paralegals, and non-attorney professionals.

8.  In addition, Cameron also deducted from its lodestar amount all attorney time for those attorneys who spent less than ten hours total on the case in recognition that such time may include time spent gaining familiarity with the case.

9.  Cameron also voluntarily deducted from its lodestar amount all attorney time for partners, including myself.

### B.  Lodestar Step 1: Reasonable Number of Hours Expended

10.  Since the inception of this case, the professionals at Winston & Strawn LLP have overseen the day-to-day operations of the district court litigation and related strategy.

11.  Based on a review of Winston & Strawn LLP's billing records and practices, my understanding of the necessary case tasks, and my experience, it is my opinion that none of the hours expended were excessive, duplicative, or inadequately documented.

12.  It is also my opinion that Winston & Strawn LLP's invoices and litigation strategy also indicate sound "billing judgment." Tasks were assigned to the personnel who could handle them most efficiently whenever possible, including to associate attorneys or paralegals whenever possible. Moreover, Winston & Strawn LLP applied significant discounts to its standard billing rates under its arrangement with Cameron for this case.

13.  During the relevant time period, professionals at Winston & Strawn LLP expended attorney hours, for which Cameron was billed, on necessary case tasks, including: 1) drafting of the answer; 2) drafting motions, including the Motion to Dismiss and Motion for Summary Judgment; 3) responding to motions; 4) preparing and participating at court-order hearings; 5) preparing for Plaintiff's deposition.

14. Without including the voluntary exclusions stated, the Specific Attorney Time and General Attorney Time billed for the individuals who performed the 565.10 hours of relevant work are shown in Table 1 below.

| Table 1 | | | |
|---|---|---|---|
| Timekeeper | Time in 2019 (Hours) | Time in 2020 (Hours) | Time in 2021 (Hours) |
| Evan Lewis (Associate) | n/a | 15.70 | n/a |
| Benjamin Williams (Associate) | 103.20 | 384.60 | 40.80 |
| Caitlin Gernert (Associate) | n/a | n/a | 20.80 |

15. Accordingly, Cameron requests that it be compensated for a reasonable 565.10 hours.

### C. Lodestar Step 2: Reasonable Hourly Rate

16. Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters.

| Table 2 | | | |
|---|---|---|---|
| Timekeeper | Discounted rate 2019 | Discounted rate 2020 | Discounted rate 2021 |
| Evan Lewis (Associate) | n/a | $405.00 | n/a |
| Benjamin Williams (Associate) | $445.00 | $445.00 | $445.00 |
| Caitlin Gernert (Associate) | n/a | n/a | $530.00 |

17. Based on the qualifications of the Winston & Strawn LLP professionals in Table 2 (as explained below and above), the rates above are at least commensurate with, if not well

4

below, the normal and customary rates charged in the Houston metropolitan area for complex civil litigation, and materially less than the rates of top tier firms like Winston & Strawn LLP, considering the time expended, the amount in controversy, the complexity of the case, the experience, reputation, ability and billing rates of the attorneys and staff involved, and the expertise involved.

18. In my opinion the rates listed in Table 2 are at least commensurate with the normal and customary rates charged in the Houston metropolitan area for complex civil litigation, and materially less than the rates for top tier firms such as Winston & Strawn LLP.

### D.  Total reasonable and necessary attorneys' fees

19. Based on the above analysis, it is my opinion that the total reasonable and necessary attorneys' fees as an outcome of the lodestar method is represented in Table 3 below.

| Table 3 | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Discounted Rate** | **Total** |
| Evan            Lewis (Associate) | 15.70 | $405.00 | $6,358.50 |
| Benjamin    Williams (Associate) | 528.60 | $445.00 | $235,227.00 |
| Caitlin        Gernert (Associate) | 20.80 | $530.00 | $11,024.00 |
| Total | 565.10 | | $252,609.50 |

20. Computing all voluntary exclusions stated above, Cameron is giving a $289,292.00 discount by not computing the billed time for partners, paralegals, practice attorneys, law clerks, and other associates.

### E.  Other Expenses

21. Reasonable expenses were incurred in the litigation, amounting to a total of $12,699.03. These costs were for legal research, Pacer, outside vendors, court reporter, etc. However,

Cameron requests expenses only for $5,631.48, and true and correct copies of the invoices for this amount are attached as Exhibit 1-A.

### F. Conclusion

22. Cameron requests an award of $252,609.50 for attorneys' fees and $5,631.48 for other expenses. This is the result of the total fees and costs charged minus the deductions and exclusions.

23. Accordingly, it is my opinion that the requested amount of $258,240.98 represents, at a minimum, a reasonable and conservative estimate of attorneys' fees and other expenses incurred in connection with defending Plaintiff's claims.

I declare under penalty of perjury that the foregoing is true and correct on December 10, 2021, in Houston, Texas.


_____*/s/ James H. Nye__*_____
James H. Nye

# Exhibit 1-A

**Fowler, Lucy C.**

| | |
|---|---|
| **From:** | Lewis, Kimberly |
| **Sent:** | Monday, February 04, 2019 9:19 AM |
| **To:** | Fowler, Lucy C. |
| **Subject:** | FW: Filing Submitted for Case: 201888252; BADAIKI, FIDELIS J v SCHLUMBERGER COMPANY; Envelope Number:  30893319 |

Please bill to 170037.00131.

Thanks

**Kimberly A. Lewis**
**Senior Paralegal**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2691
F: +1 713-651-2700
winston.com

**WINSTON**
**&STRAWN**
LLP

**From:** No-Reply@eFileTexas.gov <No-Reply@eFileTexas.gov>
**Sent:** Monday, February 4, 2019 9:17 AM
**To:** Lewis, Kimberly <KALewis@winston.com>
**Subject:** Filing Submitted for Case: 201888252; BADAIKI, FIDELIS J v SCHLUMBERGER COMPANY; Envelope Number: 30893319



# Filing Submitted

Envelope Number: 30893319
Case Number: 201888252
Case Style: BADAIKI, FIDELIS J v
SCHLUMBERGER COMPANY

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Harris County District Civil |
| **Date/Time Submitted** | 2/4/2019 9:16 AM CST |
| **Filing Type** | Notice |
| **Filing Description** | Notice of Removal |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Kimberly Lewis |

1

| Filing Attorney | Hugh E. Tanner |
|---|---|

## Fee Details

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $2.06 |
| Payment Service Fees | $0.06 |
| Court Transaction Fees | $2.00 |
| Notice | $0.00 |

**Total:$2.06** (The envelope still has pending filings and the fees are subject to change)

## Document Details

| Lead Document | Notice of Removal - State.pdf |
|---|---|
| Lead Document Page Count | 2 |
| File Copy | Download Document |
| This link is active for 30 days. | |

For technical assistance, contact your service provider



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

**Fowler, Lucy C.**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, February 04, 2019 8:57 AM |
| **To:** | Lewis, Kimberly; Fowler, Lucy C. |
| **Subject:** | Pay.gov Payment Confirmation: TXSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Services Group at (713) 250-5875.

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 26F6DSAH
Agency Tracking ID: 0541-21785904
Transaction Type: Sale
Transaction Date: Feb 4, 2019 9:57:22 AM

Account Holder Name: Lucy Fowler
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************5752

*170037.131*
*Notice of Removal*
*Hugh Tanner*

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

MACH 5 COURIERS, INC.                                                                                PAYMENT DUE IN 15 DAYS

| Account | Invoice | Date |
|---------|---------|------|
| 173 | 48578 | 2/25/2019 |

WINSTON STRAWN

1111 LOUISIANA

HOUSTON, TX  77002

Remit to:

Mach 5 Couriers, Inc.

P O BOX 52490

Houston, TX  77052

## INVOICE DETAIL

| REFERENCE# | | SENDER | | RECIPIENT | | NET CHARGE |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|

170037.00131            KIMBERLY LEWIS

WINSTON STRAWN            ANDREW HANEN        (WESTMORELAND)

1111 LOUISIANA            515 RUSK

2500            8613

HOUSTON, TX  77002            HOUSTON, TX  77002

549734    SHIPPED       2/12/2019 8:00:00 AM   DELIVERED  Feb 12 2019  8:48AM            $18.00

****SUBTOTAL FOR THIS REFERENCE NUMBER****        REFERENCE 170037.00131            $18.00

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: (626) 577-6726 Technical Questions: (626) 577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 673478 |

## INVOICE

| | | | | | |
|---|---|---|---|---|---|
| TX Document Download | Downloaded copy of document number: 2020-16532 Fidelis Johnson Badaiki v. Schlumberger Holdings Corporation; Schlumberger Ltd.; Cameron International Corporation; Paal Kibsgaard; Olivier Le Peuch; Steve McKenzie; Jamilah Cummings; Marisa Henning; John Corkhill; Nathan Cooper; Ray Arbor; Jay Jurena; Ed Gaude<br>Court: Harris County District Court<br><br>Ordered On: 03/26/20<br>Ordered By: Karol Howard<br>Phone #: 2136151798<br><br>Additional Info: 170037.131/B.Williams | 1 | $5.00 | $0.30 | $5.30 |
| Copy Fee | Copy Fee (Copies 1 and greater = $0.00) | 4 | $0.00 | $0.00 | $0.00 |

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: (626) 577-6726 Technical Questions: (626) 577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 673478 |

## INVOICE

| | | | | | |
|---|---|---|---|---|---|
| TX Document Download | Downloaded copy of document number: 2020-16523 Fidelis Johnson Badaiki v. Schlumberger Holdings Corporation; Schlumberger NV; Schlumberger BV; Schlumberger Ltd.; Schlumberger Technology Corporation; Cameron International Corporation; Paal Kibsgaard; Olivier Le Peuch; Steve McKenzie; Jamilah Cummings; Marisa Henning; John Corkhill; Nathan Cooper; Ray Arbor; Jay Jurena; Ed Gaude Court: Harris County District Court<br><br>Ordered On: 03/26/20 Ordered By: Karol Howard Phone #: 2136151798<br><br>Additional Info: 170037.131/B.Williams | 1 | $5.00 | $0.30 | $5.30 |
| Copy Fee | Copy Fee (Copies 1 and greater = $0.00) | 4 | $0.00 | $0.00 | $0.00 |
| | ) | | | | |

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674

| | |
|---|---|
| **From:** | Lewis, Kimberly |
| **To:** | Stallworth, Robin |
| **Cc:** | Lewis, Kimberly |
| **Subject:** | FW: Case No. 2020-16523; Badaiki v. Schlumberger Holdings Corp., et al. |
| **Date:** | Tuesday, July 07, 2020 11:55:53 AM |
| **Attachments:** | DOC047.pdf |

Can you please request a check in the amount of $308 which is the cost for a hearing transcript to be prepared within 4-6 days.

Please make the check payable to:

Monica D. Grassmuck
1252 San Benedetto
League City, TX 77573

Attached is a copy of her W-9.

If I could get the check as soon as possible that would be great.

Let me know if you need additional information.

Thank you,

**Kimberly A. Lewis**
**Senior Paralegal**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2691
F: +1 713-651-2700
winston.com



**From:** Williams, Ben <BWilliams@winston.com>
**Sent:** Tuesday, July 7, 2020 11:50 AM
**To:** Lewis, Kimberly <KALewis@winston.com>
**Subject:** RE: Case No. 2020-16523; Badaiki v. Schlumberger Holdings Corp., et al.

4–6 days. Please get the ball rolling as quick as we can. Thanks.

**Ben Williams**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2763
F: +1 713-651-2700
winston.com



**From:** Lewis, Kimberly <KALewis@winston.com>
**Sent:** Tuesday, July 7, 2020 11:49 AM
**To:** Williams, Ben <BWilliams@winston.com>
**Subject:** FW: Case No. 2020-16523; Badaiki v. Schlumberger Holdings Corp., et al.

Ben,

Below is the cost for the June 22 transcript you want.  How many day turnaround do you want?

Keep in mind I have to request a check which may take a couple of days.

Thanks,

**Kimberly A. Lewis**
**Senior Paralegal**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2691
F: +1 713-651-2700
winston.com



**From:** Grassmuck, Monica (DCA) <Monica_Grassmuck@Justex.net>
**Sent:** Tuesday, July 7, 2020 11:41 AM
**To:** Lewis, Kimberly <KALewis@winston.com>
**Subject:** Re: Case No. 2020-16523; Badaiki v. Schlumberger Holdings Corp., et al.

Good morning.  The cost for a 10-business day turnaround will be $196, for a 7- to 9-business day hold it will be $252, for a 4- to 6-business day turnaround it will be $308.  You can send a check to Monica D. Grassmuck at 1252 San Benedetto, League City, TX  77573.  Once payment is received, please allow the allotted time for the transcript to be e-mailed to you.

Please e-mail me for future requests for a quicker response time.

Thank you,

*Monica D. Grassmuck, CSR*
*Official Court Reporter*
*125th Civil District Court*

*201 Caroline Street, 10th Floor*

*Houston, Texas 77002*

*832.927.2554*

---

**From:** Lewis, Kimberly <KALewis@winston.com>
**Sent:** Tuesday, July 7, 2020 11:06:55 AM
**To:** Grassmuck, Monica (DCA)
**Cc:** Lewis, Kimberly
**Subject:** FW: Case No. 2020-16523; Badaiki v. Schlumberger Holdings Corp., et al.

Good morning,

This email is a follow-up to my voice mails regarding obtaining a transcript of the June 22, 2020 Status Conference.  We would like to obtain the copy as soon as possible.  Please provide me with the cost of the transcript and I will forward a check to you.

Please let me know if you need additional information and thank you in advance for your assistance.

**Kimberly A. Lewis**

**Senior Paralegal**

Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925

D: +1 713-651-2691

F: +1 713-651-2700

VCard | Email | winston.com



*We have moved. Please note our new address.*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

MACH 5 COURIERS, INC.                                                                                    PAYMENT DUE IN 15 DAYS

| Account | Invoice | Date |
|---------|---------|------|
| 173 | 54253 | 7/25/2020 |

WINSTON STRAWN
800 CAPITAL
HOUSTON, TX  77002

Remit to:
Mach 5 Couriers, Inc.
P O BOX 52490
Houston, TX  77052

## INVOICE DETAIL

| REFERENCE# | | SENDER | | RECIPIENT | | NET CHARGE |
|---|---|---|---|---|---|---|
| 170037.00131 | | RUSSELL PATTON | | | | |
| | | WINSTON STRAWN | | FEDERAL COURTHOUSE   (WARD) | | |
| | | 800 CAPITAL | | 515 RUSK | | |
| | | 2400 | | | | |
| | | HOUSTON, TX  77002 | | HOUSTON, TX  77002 | | |
| | 617434 | SHIPPED       7/2/2020 12:26:00 PM | | DELIVERED  Jul  2 2020  1:56PM | | $14.95 |

1

| 170037.131 | | ANN BERKOWITZ | | | |
| | | WINSTON STRAWN | | JUDGE GRAY MILLER    (CLERK CHRIS) | |
| | | 800 CAPITAL | | 515 RUSK | |
| | | 2400 | | 9010C | |
| | | HOUSTON, TX  77002 | | HOUSTON, TX  77002 | |
| | 619045 | SHIPPED | 7/20/2020 2:03:00 PM | DELIVERED Jul 20 2020 2:33PM | $14.95 |

****SUBTOTAL FOR THIS REFERENCE NUMBER****        REFERENCE 170037.131                $14.95

# Harris County District Clerk Order Number: 934700

---

## Customer / Shipping Information

---

**Date:**    6/16/2020 2:39:57 PM

**Ship Method:**    Download (zipped)

**Customer:**    Kimberly Lewis
1111 Louisiana St
Suite 2500
Houston, TX 77002

---

## Order Detail Information

| | | |
|---|---|---|
| Case: 201807160-7 SPM NAM LLC vs SM ENERGY COMPANY [Doc# : 89089055] | 2 pages | $2.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 89870214] | 4 pages | $4.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 89870221] | 1 page | $1.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 89870230] | 15 pages | $15.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90322943] | 5 pages | $5.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90322944] | 5 pages | $5.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90322945] | 5 pages | $5.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90322946] | 1 page | $1.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90672492] | 11 pages | $11.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90672493] | 2 pages | $2.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90856012] | 14 pages | $14.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90856013] | 1 page | $1.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90856014] | 9 pages | $9.00 |
| Case: 202016523-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90856015] | 1 page | $1.00 |

---

## Payment Information

---

**Card:**    XXXXXXXXXXXX

**Subtotal:**    $76.00

**Total:**    $76.00

# Harris County District Clerk Order Number: 945751

## Customer / Shipping Information

| | | | |
|---|---|---|---|
| **Date:** | 7/21/2020 2:57:59 PM | **Ship Method:** | Download (zipped) |
| **Customer:** | Moore, Nita | | |
| | Houston, TX 77002 | | |

## Order Detail Information

| | | |
|---|---|---|
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 90998493] | 1  page | $1.00 |
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 91004124] | 2  pages | $2.00 |
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 91246970] | 20  pages | $20.00 |
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 91246971] | 3  pages | $3.00 |
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 91246972] | 5  pages | $5.00 |
| Case: 202016532-7 BADAIKI, FIDELIS JOHNSON vs SCHLUMBERGER HOLDINGS CORPORATION [Doc# : 91353017] | 1  page | $1.00 |

## Payment Information

| | | | |
|---|---|---|---|
| **Card:** | XXXXXXXXXXXX | **Subtotal:** | $32.00 |
| | | **Total:** | $32.00 |

# INVOICE

ALL Litigation & Video Service, LLC
1322 Space Park Drive, B137
Houston, TX  77058-3541
Phone:888.310.ALVS (2587)   Fax:888.310.ALVS (2587)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28957 | 10/13/2020 | 23896 |
| **Job Date** | **Case No.** | |
| 9/28/2020 | 4:19-cv-00371 | |
| **Case Name** | | |
| FIDELIS J. BADAIKI V. CAMERON INTERNATIONAL CORPORATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Benjamin D. Williams
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX  77002

---

CERTIFICATE OF NON-APPEARANCE

    FIDELIS J. BADAIKI (CERTIFICATE OF NON-APPEARANCE)        350.00

               **TOTAL DUE  >>>**        **$350.00**

               AFTER 11/12/2020  PAY      $371.00

Client Matter No.   :  170037.00131

MAKE CHECK PAYABLE TO ALVS, Inc. & UPDATE THE EIN NO. 83-3154911

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Harris County, Texas, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 83-3154911                                       Phone: (713) 651-2600   Fax:(713) 651-2700

*Please detach bottom portion and return with payment.*

Benjamin D. Williams
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 28957 |
| Invoice Date | : | 10/13/2020 |
| **Total Due** | **:** | **$350.00** |
| AFTER 11/12/2020 PAY  $371.00 | | |

| | | |
|---|---|---|
| Job No. | : | 23896 |
| BU ID | : | 1-MAIN |
| Case No. | : | 4:19-cv-00371 |
| Case Name | : | FIDELIS J. BADAIKI V. CAMERON INTERNATIONAL CORPORATION |

Remit To:    **ALL Litigation & Video Service, LLC**
                **1322 Space Park Drive, B137**
                **Houston, TX  77058-3541**

# I N V O I C E

ALL Litigation & Video Service, LLC
1322 Space Park Drive, B137
Houston, TX  77058-3541
Phone:888.310.ALVS (2587)   Fax:888.310.ALVS
(2587)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28963 | 10/20/2020 | 23897 |

| Job Date | Case No. | |
|---|---|---|
| 9/28/2020 | 4:19-cv-00371 | |

| Case Name |
|---|
| FIDELIS J. BADAIKI V. CAMERON INTERNATIONAL CORPORATION |

| Payment Terms |
|---|
| Due upon receipt |

Benjamin D. Williams
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX  77002

---

CANCELATION FEE FOR:

    FIDELIS J. BADAIKI                                         300.00

**TOTAL DUE  >>>**        **$300.00**

AFTER 11/19/2020  PAY     $318.00

MAKE CHECK PAYABLE TO ALVS, Inc. & UPDATE THE EIN NO. 83-3154911

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Harris County, Texas, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 83-3154911                                                     Phone: (713) 651-2600     Fax:(713) 651-2700

*Please detach bottom portion and return with payment.*

Benjamin D. Williams
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 28963 |
| Invoice Date | : | 10/20/2020 |
| **Total Due** | **:** | **$300.00** |
| AFTER 11/19/2020 PAY | | $318.00 |

Remit To:    **ALL Litigation & Video Service, LLC**
                  **1322 Space Park Drive, B137**
                  **Houston, TX  77058-3541**

| | | |
|---|---|---|
| Job No. | : | 23897 |
| BU ID | : | 1-MAIN |
| Case No. | : | 4:19-cv-00371 |
| Case Name | : | FIDELIS J. BADAIKI V. CAMERON INTERNATIONAL CORPORATION |

# Trèsmark Investigative Solutions

**Invoice**



P.O. Box 17476
Sugar Land TX 77496
+1.2815153163 - Phone
markg@tresmarkinvestigations.com
http://www.tresmarkinvestigations.com

| Bill To |
| --- |
| Winston & Strawn<br>Attn: Jim Nye<br>1111 Louisiana St. 25th Floor<br>Houston, TX 77002 |



| Invoice # | Amount Due | Invoice Status | Enclosed |
| --- | --- | --- | --- |
| CT-100007 | $1,136.63 | Open | |

......... Please detach top portion and return with your payment. .........

| Referral Date | Location | Case # |
| --- | --- | --- |
| 08/31/2020 | Texas | INV-09-20-02513-01 |

| Date | Activity | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| 09/03/2020 | Fidelis Johnson Badaiki / ASSET - Asset Search | 1 | $350 | $350.00 |
| 09/03/2020 | Fidelis Johnson Badaiki / SOC - Social Media Investigation | 1 | $250 | $250.00 |
| 09/03/2020 | Fidelis Johnson Badaiki / BAS - Bank Account Search | 1 | $450 | $450.00 |



| | |
| --- | --- |
| Subtotal | $1,050.00 |
| Tax | $86.63 |
| Total | $1,136.63 |

Payment due upon receipt. Please make all checks payable to Trèsmark Investigative Solutions Agency, Inc.
Thank you for your business and we look forward to working with you again in the future!

# Trèsmark Investigative Solutions

**Invoice**



P.O. Box 17476
Sugar Land TX 77496
+1.2815153163 - Phone
markg@tresmarkinvestigations.com
http://www.tresmarkinvestigations.com

| Bill To |
|---|
| Winston & Strawn
Attn: Jim Nye
1111 Louisiana St. 25th Floor
Houston, TX 77002 |



| Invoice # | Amount Due | Invoice Status | Enclosed |
|---|---|---|---|
| CT-100018 | $1,136.63 | Open | |

........................ Please detach top portion and return with your payment. ........................

| | Referral Date | Location | Case # |
|---|---|---|---|
| | 08/31/2020 | | INV-09-20-02514-01 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/03/2020 | Karima R. Foster / ASSET - Asset Search | 1 | $350 | $350.00 |
| 09/03/2020 | Karima R. Foster / SOC - Social Media Investigation | 1 | $250 | $250.00 |
| 09/03/2020 | Karima R. Foster / BAS - Bank Account Search | 1 | $450 | $450.00 |

| | |
|---|---|
| Subtotal | $1,050.00 |
| Tax | $86.63 |
| Total | $1,136.63 |

Payment due upon receipt. Please make all checks payable to Trèsmark Investigative Solutions Agency, Inc.
Thank you for your business and we look forward to working with you again in the future!

| From: | Abing, Carol |
|---|---|
| To: | Berkowitz, Ann S. |
| Subject: | FW: Badaiki v. Schlumberger Holdings Corp.; Cause No. 2020-1623 - Transcript Request |
| Date: | Tuesday, November 10, 2020 2:42:15 PM |
| Attachments: | W-9 Fillable-Signed 6.pdf |

Hi Ann –

Can I ask you for another huge favor?  Can you please submit this for a check request that we can receive tomorrow morning?  Ben said he can hand deliver it to her in court tomorrow.

Let me know!

Thank you!!

Carol

**From:** Grassmuck, Monica (DCA) <Monica_Grassmuck@Justex.net>
**Sent:** Tuesday, November 10, 2020 1:26 PM
**To:** Abing, Carol <CAbing@winston.com>
**Subject:** Re: Badaiki v. Schlumberger Holdings Corp.; Cause No. 2020-1623 - Transcript Request

Good afternoon.  The cost for the June 12th hearing will be $125.  You may send a check payable to Monica D. Grassmuck at 1252 San Benedetto, League City, Texas  77573  Once payment is received, please allow 10 or more business days for the transcript to be e-mailed to you.

Thank you,

Monica D. Grassmuck, CSR
Official Court Reporter
125th Civil District Court
201 Caroline Street, 10th Floor
Houston, Texas 77002
832.927.2554

**From:** Abing, Carol <CAbing@winston.com>

| Account | Invoice | Date |
|---------|---------|------|
| 173 | 55208 | 11/25/2020 |

WINSTON STRAWN

800 CAPITAL

HOUSTON, TX  77002

Remit to:

Mach 5 Couriers, Inc.

P O BOX 52490

Houston, TX  77052

## INVOICE DETAIL

| REFERENCE# | \| SENDER | \| RECIPIENT | \| NET CHARGE |
|------------|-----------|--------------|---------------|

| 170037.00131 | ANN BERKOWITZ | | |
|---|---|---|---|
| | WINSTON STRAWN | MONICA GRASSMUCK     (125TH CLERK DESK 10TH FLR.) | |
| | 800 CAPITAL | 201 CAROLINE | |
| | 2400 | 10TH FLOOR | |
| | HOUSTON, TX  77002 | HOUSTON, TX  77002 | |
| 630229 | SHIPPED     11/11/2020 3:40:00 PM | DELIVERED  Nov 11 2020  4:21PM | $14.95 |

****SUBTOTAL FOR THIS REFERENCE NUMBER****        REFERENCE 170037.00131            $14.95

1

# I N V O I C E

1 of 1

ALL Litigation & Video Service, LLC
1322 Space Park Drive, B137
Houston, TX 77058-3541
Phone: 888.310.ALVS (2587)  Fax: 888.310.ALVS
(2587)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31142 | 12/31/2020 | 26195 |
| **Job Date** | **Case No.** | |
| 11/30/2020 | 4:19-cv-00371 | |
| **Case Name** | | |
| FIDELIS J. BADAIKI V. CAMERON INTERNATIONAL CORPORATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James H. Nye
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX 77002

ORIGINAL TRANSCRIPT OF:
    BADAIKI AUDIO FILES (NOTE RECORDINGS 43.3, 63.3, 64.3)    650.00

**TOTAL DUE  >>>**    **$650.00**

AFTER 1/30/2021  PAY    $689.00

Location of Job  : Houston, TX

MAKE CHECK PAYABLE TO ALVS, Inc. & UPDATE THE EIN NO. 83-3154911

Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Harris County, Texas, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 83-3154911

*Please detach bottom portion and return with payment.*

James H. Nye
Winston & Strawn, LLP
800 Capital, Suite 2400
Houston, TX 77002

Invoice No.   : 31142
Invoice Date  : 12/31/2020
**Total Due**   : **$650.00**
AFTER 1/30/2021  PAY  $689.00

Remit To:  **ALL Litigation & Video Service, LLC**
         **1322 Space Park Drive, B137**
         **Houston, TX 77058-3541**

Job No.     : 26195
BU ID      : 1-MAIN
Case No.   : 4:19-cv-00371
Case Name  : FIDELIS J. BADAIKI V. CAMERON
             INTERNATIONAL CORPORATION

**Trèsmark Investigative Solutions Agency, Inc.**

P.O. Box 17476

Sugar Land, TX  77496 US

(281) 515-3163

tresmark@tresmarkinvestigations.com



# INVOICE

**BILL TO**

Winston & Strawn

Attn: Jim Nye

1111 Louisiana St. 25th Floor

Houston, TX 77002

| | |
|---|---|
| **INVOICE #** | 1134 |
| **DATE** | 03/11/2021 |
| **DUE DATE** | 03/11/2021 |
| **TERMS** | Due on receipt |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Bank Account Search** | Karima R. Foster /  / BAS - Bank Account Search | 1 | 450.00 | 450.00T |

Payment is due upon receipt and is payable via check or credit card. Please make any checks payable to Trèsmark Investigative Solutions Agency, Inc.

As always, thank you for your business and we look forward to working with you again in the future!

| | |
|---|---|
| SUBTOTAL | 450.00 |
| TAX | 37.13 |
| TOTAL | 487.13 |
| BALANCE DUE | **$487.13** |

**Trèsmark Investigative Solutions Agency, Inc.**

P.O. Box 17476
Sugar Land, TX  77496 US
(281) 515-3163
tresmark@tresmarkinvestigations.com



# INVOICE

**BILL TO**
Winston & Strawn
Attn: Jim Nye
1111 Louisiana St. 25th Floor
Houston, TX 77002

**INVOICE #** 1135
**DATE** 03/11/2021
**DUE DATE** 03/11/2021
**TERMS** Due on receipt

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Bank Account Search** | Fidelis Johnson Badaiki /  / BAS - Bank Account Search | 1 | 450.00 | 450.00T |

Payment is due upon receipt and is payable via check or credit card. Please make any checks payable to Trèsmark Investigative Solutions Agency, Inc.

As always, thank you for your business and we look forward to working with you again in the future!

| | |
|---|---|
| SUBTOTAL | 450.00 |
| TAX | 37.13 |
| TOTAL | 487.13 |
| BALANCE DUE | **$487.13** |

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State
**Packing Slip**

September 28, 2020
Page 1 of 1

Attn: Winston & Strawn LLP
Winston & Strawn LLP
35 W. Wacker Drive
Library - SF
Chicago, IL 60601

Batch Number: **99850402**                     Batch Date: **09-28-2020**

Client ID: **459006832**                          Return Method: **Email**

Client Reference: **170037.00131_B. Williams**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| **998504020002** | **Find** | **Engineered Constructions** | | **$1.00** |
| **998504020003** | **Find by Global People Name** | **Fidelis Badaiki** | | **$1.00** |
| | | | **Total Fees:** | **$2.00** |

**Total Amount Charged to Client Account:**          **$2.00**
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ https://www.sos.texas.gov/*

Phone: (512) 463-5555                  FAX: (512) 463-5709                  Dial: 7-1-1 for Relay Services

April 9, 2021

To:  Mr. James H. Nye
     Winston & Strawn LLP
     800 Capitol St.,, Suite 2400
     Houston, Texas 77002

For:  Copy of Reporter's Record heard on the 12th day of March, 2021 in
      Cause No. 2020-16523, Fidelis Johnson Badaiki vs. Schlumberger
      Holdings Corporation, et al.

**Total Cost**: **$ 47.50**

Leticia Tafolla
Deputy Court Reporter
1519 Moon Shadow Court
Sugar Land, Texas 77479

Thank You!